STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** *Plaintiff*, v. **KING STREET LABS, LLC d/b/a FORMSWIFT,** *Defendant*. | **CASE NO.: 3:21-cv-03211-JD** **UNOPPOSED MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Pursuant to Civil Local Rule 6-3, Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") by and through their respective counsel, hereby moves the Court to extend the deadlines requested below:

Defendant King Street Labs, LLC d/b/a Formswift's ("Defendant" and/or "King Street") deadline to respond to the complaint is August 30, 2021, pursuant to a waiver of service filed July 6, 2021. [Doc. 19]. The Initial Case Management Conference is currently set for August 26, 2021, and the Case Management Statement is currently due by August 19, 2021. [Doc. 21]. Plaintiff requests an additional sixty (60) days to confer with Defendant and file the Case Management Statement up to and including October 18, 2021. Plaintiff also requests that the Initial Case Management Conference be

continued sixty (60) days up to and including October 25, 2021. Furthermore, Plaintiff Requests the deadline to comply with ADR L.R. 3-5(a) and (b) is continued to September 27, 2021. No other extensions have been made. Neither party would be prejudiced by this extension. The requested continuance will also allow the parties time to discuss an early resolution. This stay is not sought for the purpose of delay but so that justice may be served.

Dated: July 29, 2021					Respectfully submitted,

/s/ Stephen M. Lobbin
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Digital Verification Systems, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ Stephen M. Lobbin
Stephen Lobbin