STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | **CASE NO.: 3:21-cv-03211-JD** |
| *Plaintiff,* | |
| v. | **[PROPOSED] ORDER GRANTING CONTINUANCE** |
| **KING STREET LABS, LLC d/b/a FORMSWIFT,** | |
| *Defendant.* | |

Having considered the request of the parties for counsel for:

1.      Deadline to comply with ADR L.R. 3-5(a) and (b) continued up to and including September 27, 2021.

2.      An additional 60 days to file the Case Management Statement up to and including October 18, 2021.

3.      That the Initial Case Management Conference be continued 60 days up to and including October 25, 2021.

The parties' request is hereby GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE